DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
MICHAEL C. BENSON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
GIRARD KLAPATCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:12-CR-00245-CKD |
| ) Plaintiff, ) | |
| ) | ORDER VACATING TRIAL CONFIRMATION |
| v. ) | HEARING AND JURY TRIAL AND |
| ) | SETTING CHANGE OF PLEA HEARING |
| GIRARD KLAPATCH, ) | |
| ) | |
| Defendant. ) | Date: August 9, 2012 |
| ) | Time: 9:30 a.m. |
| _____ ) | Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the Trial Confirmation Hearing set for September 6, 2012 at 9:30 a.m. and the Jury Trial set for September, 17 2012 at 9:30 a.m. are vacated and a change of plea hearing is set for August 9, 2012 at 9:30 a.m. It is further ordered that time is excluded under Local Code T4 from the date of this order to August 9, 2012, to allow counsel reasonable time to prepare.

///

IT IS SO ORDERED

Dated: July 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE